UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE JWEINAT, et al.,<br><br>      Plaintiff,<br><br>v.<br><br>LOANDEPOT.COM, LLC,<br><br>      Defendant. | 22-cv-05387-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: February 15, 2023

VINCE CHHABRIA
United States District Judge